**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**UNITED STATES OF AMERICA**

**vs.** **Case No. 5:11cv109/RS**

**$2,412.00 IN UNITED STATES CURRENCY**

______________________________________/

**DECREE OF FORFEITURE**

Before me is the United States of America's Motion For Decree of Forfeiture (Doc. 7).

1. On April 19, 2011, a Verified Complaint of Forfeiture In Rem against the Defendant property, $2,412.00 in United States Currency, was filed on behalf of the Plaintiff United States of America. The Complaint alleges that the Defendant property is forfeitable to the United States of America pursuant to 21 U.S.C. § 881(a)(6).

2. On May 16, 2011, Herdis Neal Brown, potential claimant, was sent notice of the pending forfeiture action by certified mail.

3. Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning May 17, 2011, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions. The Notice of Publication was filed on June 20, 2011. (Doc. 6)

4. No other person or entity has filed a claim.

**IT IS ORDERED:**

1. Defendant property, $2,412.00 in United States Currency, shall be forfeited to the United States of America, and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

**ORDERED** on July 21, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**United States District Judge**